# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
)
UNITED STATES OF AMERICA,          )
       Petitioner,                )
)
v.                                 )    M.B.D. No. 09-10094-WGY/LTS
)
DAVID SOLOMONT,                    )
       Respondent.               )
_____

## MOTION TO WITHDRAW PETITION
## TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael K. Loucks, Acting United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court.

On April 8, 2009, this Court had scheduled a hearing on the Order to Show Cause for the respondent to appear the Court on May 11, 2009 at 3:15 PM.

The undersigned counsel has been informed that the respondent has filed a Chapter 7 Bankruptcy Petition. Due to this bankruptcy filing, the petitioner now seeks to withdraw its petition.

Respectfully submitted:

MICHAEL K. LOUCKS,
Acting United States Attorney

By: /s/ Barbara Healy Smith
BARBARA HEALY SMITH
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA  02210
(617) 748-3647

**Certificate of Service**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent first class mail, postage prepaid, to those indicated on the NEF as non-registered pro se participants on May 11, 2009.

By: /s/ Barbara Healy Smith
BARBARA HEALY SMITH
Dated: May 11, 2009                        Assistant U.S. Attorney